# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 842 - 2 | **DATE** | 11/6/2012 |
| **CASE TITLE** | United States vs. Gary Engel | | |

**DOCKET ENTRY TEXT**

Status hearing held on 11/6/12. Government's oral motion to dismiss the indictment against defendant Gary Engel only is granted. Defendant Gary Engel shall be terminated as a defendant in this case.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | KF |
|---|---|---|